JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON RODRIGUEZ, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SITEONE LANDSCAPE SUPPLY LLC, a California corporation, and Does 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00297 SSS (SPx)<br><br>**ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE**<br><br>Complaint Filed: December 3, 2024<br>Trial Date: None<br>District Judge: Hon. Sunshine Suzanne Sykes<br>Courtroom 2, Riverside<br>Magistrate Judge: Hon. Sheri Pym<br>Courtroom 4, Riverside |

# ORDER

The court has reviewed the Rule 41 Stipulation to Dismiss Plaintiff Ramon Rodriguez's ("Plaintiff") Individual Claims with Prejudice And Class Claims without Prejudice pursuant to F.R.C.P. 41(a)(l)(A)(ii) (the "Stipulation"), filed by Plaintiff and Defendant SiteOne Landscape Supply LLC ("Defendant") (together, the "Parties").

The Parties' stipulation requesting dismissal of Plaintiff's individual claims with prejudice and class claims without prejudice is hereby granted.

**IT IS SO ORDERED.**

Dated: April 7, 2025          By: _____
                                  Hon. Sunshine Suzanne Sykes
                                  U.S. District Judge

2

Case No. 5:25-cv-00297 SSS (SPx)

ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE